KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK OWENS (CSBN 230237)
Special Assistant United States Attorney

J. MANI KHAMVONGSA
Law Clerk

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00357 MAG |
| Plaintiff, ) | |
| ) | MOTION AND [PROPOSED] ORDER TO |
| v. ) | DISMISS INFORMATION |
| ) | |
| RICHARD L. ROVETTO, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Information against the defendant Richard L. Rovetto with prejudice; he successfully completed his pretrial diversion program.

DATED: 7/10/06

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

DEREK OWENS
Special Assistant United States Attorney

//

DISMISSAL OF INFORMATION
CR-05-00357 MAG

1 | Leave of court is granted to file the foregoing dismissal.

2 | DATED: 7/18/06

3 | _____
EDWARD M. CHEN
United States Magistrate Judge

DISMISSAL OF INFORMATION
CR-05-00357 MAG